UNITED STATES DISTRICT COURT                    NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK

JACOB MILTON,

                              Plaintiff,         ORDER
                                                 13-CV-4550 (JG)
              - versus -

WMC MORTGAGE CORP., et al.,

                              Defendants.


JOHN GLEESON, United States District Judge:

              On September 23, 2002, I ordered plaintiff Jacob Milton to show cause in writing

on or before September 27, 2013 why the case should not be dismissed for want of prosecution.

              Milton did not respond to the Court's order to show cause.  Accordingly, this case

is dismissed with prejudice for want of prosecution.

                                          So ordered.



                                          John Gleeson, U.S.D.J.

Dated:  September 30, 2013
        Brooklyn, New York