UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOT FOR PUBLICATION

JACOB MILTON,

                        Plaintiff,

- versus -

WMC MORTGAGE CORP., et al.,

                        Defendants.

ORDER
13-CV-4550 (JG)

JOHN GLEESON, United States District Judge:

        On September 23, 2002, I ordered plaintiff Jacob Milton to show cause in writing on or before September 27, 2013 why the case should not be dismissed for want of prosecution.

        Milton did not respond to the Court's order to show cause. Accordingly, this case is dismissed with prejudice for want of prosecution.

                                            So ordered.

                                            John Gleeson, U.S.D.J.

Dated:  September 30, 2013
          Brooklyn, New York